

**NEW JERSEY OFFICE**
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

**NEW YORK OFFICE**
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

August 27, 2024

*Via ECF*
Hon. Naomi R. Buchwald
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

       Re: USA v. Kamerin Stokes
       Case No. 24-cr-259 (NRB)

Dear Judge Buchwald,

  I represent Kamerin Stokes in the above matter. We are respectfully writing this letter, jointly with the AUSA Kevin Mead, on behalf of the Government, to provide the Court with a status update and request a sentencing date. On July 30, 2024, defense filed a letter on the docket, (document # 31) requesting to adjourn Mr. Stokes sentencing pending his application to the Young Adult Opportunity Program ("YAOP"). Your Honor ordered the defense to apprise the Court of the status of Mr. Stokes application to the YAOP. Unfortunately, Mr. Stokes' application was denied. Therefore, the Government and Defense are requesting that Your Honor schedule a sentencing date. In addition, the defense and the Government conferred and are available on Tuesdays and Thursdays on the following dates:

  Tuesday 10/15 after 3:00 pm
  Thursday 10/17 anytime
  Tuesday 10/22 anytime
  Thursday 10/24 anytime

  Your Honor's time and consideration is greatly appreciated.

```
Sentencing will be held on October 17,
2024 at 3:00 p.m.
```

SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated: August 28, 2024
       New York, New York
```

Respectfully submitted,

*[signature]*

Lorraine Gauli-Rufo, Esq.
*Attorney for Kamerin Stokes*

cc: Kevin Mead, AUSA