UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA
                                    :   24-CR-00259-NRB-1

    -against-                       :   ORDER
                                    :
KAMERIN STOKES
                                    :
Defendant
                                    :
------------------------------------X

Naomi Reice Buchwald, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to

include Middle District of Georgia to attend inpatient treatment

services.


Dated: New York, New York
May 21 ,2025


                            SO ORDERED:


                            _____
                            Naomi Reice Buchwald
                            United States District Judge