UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 24-cr-259 (NRB) |
| | : | Travel Order |
| VS. | : | |
| | : | |
| KAMERIN STOKES, | : | |
| Defendant. | : | |

Upon the application of Kamerin Stokes, by his assigned attorney, Lorraine Gauli-Rufo, Esq., pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interest of justice, it is hereby ORDERED:

that the United States Marshals Service arrange for Kamerin's Stokes's air travel from Collierville, Tennessee, to the Southern District of New York for his court appearance before Hon. Naomi Reice Buchwald, on December 16, 2025;

It is further ORDERED that the flight shall be scheduled so that Mr. Stokes arrives in the New York area no later than 11:00 a.m. on December 16, 2025;

It is further ORDERED that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: December 9, 2025
    New York, New York

SO ORDERED:

Hon. Naomi Reice Buchwald
United States District Judge

12/9/25