UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA      :      Case No. 24-cr-259 (NRB)

     :      TRAVEL ORDER

VS.

     :

KAMERIN STOKES,      :

Defendant.      :

Upon the application of Kamerin Stokes, by Lorraine Gauli-Rufo, Esq. who has been assigned to represent him through the Criminal Justice Act, and upon a finding that Kamerin Stoke's presence in the district is needed so that he can meet with his attorney to prepare for sentencing and also following sentencing, it is hereby ORDERED:

that Criminal Justice Act funds shall be used to pay for Kamerin Stokes travel to Collierville, Tennessee, from the Southern District of New York, after meeting with his attorney on December 16, 2025,

It is further ORDERED that the flight shall be scheduled through the National Travel service so that Mr. Stokes will travel to Collierville, Tennessee, or the closest airport thereto, no earlier than 7:30 p.m. on December 16, 2025.

Dated: December 9, 2025
New York, New York

SO ORDERED:

Hon. Naomi Reice Buchwald
United States District Judge
12/9/25