UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. NAOMI R. BUCHWALD |
| | : | |
| v. | : | Case No.  24-CR-259-01 (NRB) |
| | : | |
| KAMERIN STOKES | : | PROPOSED ORDER |
| Defendant | : | |

This matter having come before the Court on the application of the defendant, Kamerin Stokes, by his attorney, Lorraine Gauli-Rufo, seeking a modification of the terms of his pretrial release; and Francesca Tessier, on behalf of Pretrial Services, having consented to this request; and Kevin Mead, AUSA, on behalf of the Government, taking no position regarding this request; and for good cause shown,

It is ORDERED that on this day, the 30th of December, 2025, that the terms of Kamerin Stokes' pretrial release are hereby MODIFIED by removing the following conditions: "cannot possess Internet capable devices; no access to Internet except to review case material in the presence of counsel or in the presence of third party custodian." All other terms of Mr. Stokes' pretrial release are to remain in full force and effect.

Honorable Naomi R. Buchwald
United States District Judge