UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

UNITED STATES OF AMERICA

    - against -

KAMERIN STOKES                                    **REMAND ORDER**

          Defendant.                    24 Cr. 259 (NRB)

---------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


    **WHEREAS** on February 12, 2026, a bail violation hearing was held after the defendant, Kamerin Stokes's, violation of his bail conditions following his plea of guilty entered on April 25, 2024; it is hereby

    **ORDERED** that bail is revoked and the defendant is remanded to the custody of the United States Marshal Service.


DATED:    New York, New York
           February 12, 2026

                          _____
                          NAOMI REICE BUCHWALD
                          UNITED STATES DISTRICT JUDGE